COPY

1  JASON M. LORENZO, State Bar No. 216973
   KRISTEN D. MILLER, State Bar No. 273030
2  LAW OFFICES OF JAMES E. McELROY
   3790 Via De La Valle, Suite 313
3  Del Mar, CA 92014

4  (619) 232-6686

5  Attorneys for PLAINTIFF
   STEVEN SEIBOLD

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SEIBOLD | Case No: CV11-07799 PSG (Ex) |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| GIALLO PRODUCTIONS LTD., HANNIBAL PICTURES, INC. and DOES 1 through 10, inclusive, | **[DEMAND FOR JURY TRIAL]** |
| Defendants. | |

Plaintiff alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement and for unfair competition arising under the laws of the United States of America, including Title 17, United States Code, § 101, et seq.

2. Jurisdiction is conferred upon this Court by Title 28, United States Code § 1338.

3. Venue is proper under 28 United States Code § 1400(a) and § 1391. A substantial part of the events or omissions giving rise to this claim arose in Los Angeles, CA.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## PARTIES TO THE ACTION

4. Plaintiff is an individual residing in Portland, Indiana.

5. Based on information and belief, Defendant GIALLO PRODUCTIONS is a business organized under the laws of the United Kingdom and has at all pertinent times herein been doing business within the State of California and has committed the acts hereinafter complained of in Los Angeles, California.

6. Based on information and belief, Defendant HANNIBAL PICTURES, INC is a business organized under the laws of the State of California and has at all pertinent times herein been doing business within the State of California and has committed the acts hereinafter complained of in Los Angeles, California

7. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 20, Inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of said fictitiously named defendants is responsible in some manner for the occurrences herein alleged.

## GENERAL ALLEGATIONS

8. Plaintiff owns the copyrights to a number of musical works.

9. Plaintiff is the sole author and owner of the copyrighted work "Empty Trains". Plaintiff received from the Registrar of Copyrights, a Certificate of Copyright Registration No. PAu 3-525-690 with the effective date of registration being October 29, 2010, a copy of which is attached hereto and incorporated herein by reference as Exhibit "A". Initial publication of this work occurred in 2006.

10. Plaintiff is the sole author and owner of the copyrighted work "Sex Candy". Plaintiff received from the Registrar of Copyrights, a Certificate of Copyright Registration No. PAu 3-525-690 with effective date of registration being October 29, 2010, a copy of which is attached hereto and incorporated herein by reference as Exhibit "B". Initial publication of this work occurred in 2006.

11. Plaintiff is the sole author and owner of the copyrighted work "Fiona".

1  Plaintiff received from the Registrar of Copyrights, a Certificate of Copyright Registration No.
2  PAu 3-525-690 with effective date of registration being October 29, 2010, a copy of which is
3  attached hereto and incorporated herein by reference as Exhibit "C". Initial publication of this
4  work occurred in 2006.

5      9.    Between May and December of 2008, the parties hereto entered into negotiations
6  for the licensing of Plaintiff's works "Fiona" and "Sex Candy" for use in the film "Giallo"(herein
7  referred to as "The Film"). A copy of the proposed license agreement is attached hereto as
8  Exhibit "C". Plaintiff never agreed to the licensing terms nor did he sign the proposed agreement.

9      10.    Plaintiff is informed and believes that the commercial release date for "Giallo"was
10  June 25, 2009. The film was widely distributed overseas.

11      11.    Plaintiff's musical works "Empty Trains", "Sex Candy" and "Fiona" were
12  prominently featured in the film without Plaintiff's consent.

13      12.    Plaintiff did not receive any compensation for the use of these works.

14      13.    Plaintiff did not receive any screen credits for use of these works.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT

17      14.    Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1
18  through 13 of this Complaint.

19      15.    Defendants, and each of them, have infringed upon Plaintiff's copyright in the
20  work "Empty Trains", created and owned by Plaintiff and subject to the Copyright Registration
21  No. PAu 3-525-690 by featuring the work in the film "Giallo" without consent, approval or
22  license of Plaintiff and by continuing to distribute, sell and copy the film "Giallo" without
23  compensation or credit to Plaintiff.

24      16.    Defendants, and each of them, have infringed upon Plaintiff's copyright in the
25  work "Sex Candy", created and owned by Plaintiff and subject to the Copyright Registration No.
26  PAu 3-525-690 by featuring the work in the film "Giallo" without consent, approval or license of
27  Plaintiff and by continuing to distribute, sell and copy the film "Giallo" without compensation or
28  credit to Plaintiff.

17. Defendants, and each of them, have infringed upon Plaintiff's copyright in the work "Fiona", created and owned by Plaintiff and subject to the Copyright Registration No. PAu 3-525-690 by featuring the work in the film "Giallo" without consent, approval or license of Plaintiff and by continuing to distribute, sell and copy the film "Giallo" without compensation or credit to Plaintiff.

18. Defendants' infringement of Plaintiff's copyright has damaged Plaintiff in an amount yet to be determined.

19. Defendants' infringement of Plaintiff's copyright has yielded Defendants' profits in an amount thus far not determined, but believed to be in excess of $50,000.00.

20. Defendants' infringement has been willful and deliberate; Plaintiff is entitled to recover increased damages as a result of such willful copying.

WHEREFORE , Plaintiff does demand:

A. That, pursuant to 17 U.S.C. § 502(a), Defendants, their agents, servants and employees and all parties in privity with them be enjoined permanently from infringing Plaintiffs' copyrights, as evidenced in Copyright Registration number PAu 3-525-690, in any manner, including but not limited to the copying, manufacturing, printing, reprinting, publishing, distributing, selling, promoting or advertising any copies of the copyrighted work or by causing and/or participating in such manufacture, reprinting, publishing, distributing, selling, promoting or advertising of others.

B. That, pursuant to 17 U.S.C. § 503(b) Defendant be required to deliver up for destruction all infringing copies of Plaintiff's work.

C. That, pursuant to 17 U.S.C. § 504(b), Defendants be required to pay to the Plaintiff, such actual damages as the Plaintiff may have sustained in consequence of Defendants' infringement and all profits of Defendants that are attributable to the infringement of Plaintiff's copyright. Plaintiff requests that Defendants account for all gains, profits, and advantages derived by Defendants from their infringement including profits of all sales of Defendants since the date of first commercial release.

1       D.      That, pursuant to 17 U.S.C. § 505(c), Defendants be required to pay an award of statutory damages in a sum of not less than $25,000.00 should this statutory remedy be elected.

      E.      That, the Court finds that Defendants' conduct was committed willfully.

      F.      That, pursuant to 17 U.S.C. § 504(c), Defendants be required to pay an award of increased statutory damages in a sum of not less than $50,000.00 for willful infringement should this statutory remedy be elected.

      G.      That, pursuant to 17 U.S.C. § 505, Defendant be required to pay the Plaintiff's full costs in this action and reasonable attorney's fees to Plaintiff's attorney.

      H.      That Defendant's conduct was willful or wanton and done in reckless disregard of Plaintiff's rights thereby entitling Plaintiff to recover punitive damages in an amount to be determined at trial.

      I.      Plaintiff has other and further relief as this Court may deem just and appropriate under the circumstances.

Dated: August 9, 2011                                          Respectfully Submitted,

*/s/ Jayson Lorenzo /KDM*

JAYSON M. LORENZO
Attorney for Plaintiff, Steven Seibold

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

### CV11- 7799 PSG (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| STEVEN SEIBOLD | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| GIALLO PRODUCTIONS LTD., HANNIBAL PICTURES, INC. and DOES 1 through 10, inclusive, | ) ) ) | CV11-07799 PSG (Ex) |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JASON LORENZO, KRISTEN D. MILLER
LAW OFFICES OF JAMES McELROY
11512 EL CAMINO REAL, SUITE 350
SAN DIEGO, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 2 1 2011

Date: _____

*CLERK OF COURT*

JULIE PRADO

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
STEVEN SEIBOLD

**DEFENDANTS**
GIALLO PRODUCTIONS LTD., HANNIBAL PICTURES, INC. and DOES 1 through 10, inclusive,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

JASON M. LORENZO, State Bar No. 216973, KRISTEN D. MILLER, State Bar No. 273030 LAW OFFICES OF JAMES E. McELROY
11512 El Camino Real, Suite 350 San Diego, 92130

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ excess of $50,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement pursuant to 17 U.S.C. § 502

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☑ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV11-07799

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Portland, Jay County, Indiana |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | United Kingdom |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date September 15, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |